United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard Meyers  
    Debtor(s)

Case No. 20-02707-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 20, 2020      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard Meyers, 218 Christian St, Nanticoke, PA 18634-2510 |
| 5358341 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 5358340 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5363057 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5358339 | | Meyers Richard, 218 Christian St, Nanticoke, PA 18634-2510 |
| 5358348 | | PNC Bank Mortgages Services, PO Box 8703, Dayton, OH 45401-8703 |
| 5358349 | | PNC Bank NA, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 5366077 | + | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2020 19:21:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2020 19:19:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5358713 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2020 19:21:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5358344 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2020 19:21:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5358342 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 19:19:44 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5358345 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2020 19:21:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 5358346 | | Email/Text: mrdiscen@discover.com | Oct 20 2020 19:21:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5360138 | + | Email/Text: mrdiscen@discover.com | Oct 20 2020 19:21:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5358343 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2020 19:19:15 | Chase Freedom, PO Box 15298, Wilmington, DE 19850-5298 |
| 5358347 | | Email/Text: bknotices@mbandw.com | Oct 20 2020 19:21:00 | McCarthy Burgess & Wolff, The MB&W Building, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 5358509 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 19:19:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5358350 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 19:20:12 | Synchrony Bank, Bankruptcy Department, PO Box |

| Recip ID | | | |
|---|---|---|---|
| 5358351 | Email/PDF: gecsedi@recoverycorp.com | | 965060, Orlando, FL 32896-5060 |
| | | Oct 20 2020 19:19:14 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5358352 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Oct 20 2020 19:20:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 |
| 5362315 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Lisa M. Doran | on behalf of Debtor 1 Richard Meyers ldoran@dorananddoran.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Meyers,
aka Richard I. Meyers Jr.,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−02707−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 2, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 20, 2020 |

ntcnfhrg (03/18)