Certificate Number: 15317-PAM-DE-035080411

Bankruptcy Case Number: 20-02707



15317-PAM-DE-035080411

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2020, at 10:48 o'clock AM PST, Richard I Meyers Jr completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  November 12, 2020          By:   /s/Lea Sorino

Name:  Lea Sorino

Title:  Counselor