Local Bankruptcy Form 2016-2(c)
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: }
} **Case Number 5-20-bk-02707-RNO**
**Richard Meyers aka Richard I. Meyers, Jr.**, } Chapter 13
}
    Debtor }

**Request for Payment of Chapter 13 Compensation and Expenses**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part** B for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

**A.** Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor     $
2. Less amount paid to attorney prior to filing petition     $
3. Balance of compensation to be paid through plan distributions     $
4. Expenses advanced to be paid through plan distributions:
(describe expense and amount)     $

**B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Retainer received     $     500.00
2. Compensation earned prepetition and paid to attorney prior to filing petition     $
3. Expenses reimbursed prepetition     $
4. Balance in retainer after deduction of prepetition compensation and expenses     $     500.00
5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account     $     4,157.50

**C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(20 in the following amount based on the information above:     $     3,657.50

Dated: December 28, 2020     */s/ Lisa M. Doran*
    Attorney for Debtor