# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In re: } 
} **Case Number 5-20-bk-02707-RNO**
**Richard Meyers aka Richard I. Meyers, Jr.,** } Chapter 13
}
Debtor }

## Certificate of Mailing

The undersigned, Lisa M. Doran, Esquire, of Doran & Doran, P.C., 69 Public Square, Suite 700, Wilkes-Barre, Pennsylvania 18701 hereby certifies that on January 7, 2021 a copy of the attached *Order Confirming Chapter 13 Plan* dated January 7, 2021 was mailed to all parties named on the mailing list attached hereto by regular first-class mail.

Dated: January 7, 2021

Signed: *Lisa M. Doran*
Lisa M. Doran, Esquire

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Meyers,
aka Richard I. Meyers Jr.,

**Debtor 1**

Chapter 13

Case No. 5:20-bk-02707-RNO

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on September 11, 2020. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: January 7, 2021

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

orcnfpln(05/18)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:20-bk-02707-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Jan  7 10:16:35 EST 2021 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital One<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Citizens Bank<br>PO Box 18204<br>Bridgeport, CT  06601-3204 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 |
| Lisa M. Doran<br>Doran & Doran, P.C.<br>69 Public Square, Suite 700<br>Wilkes-Barre, PA 18701 | Doran & Doran PC<br>69 Public Sq Ste 700<br>Wilkes-Barre, PA  18701-2588 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schne<br>6409 Congress Avenue, Suite 10(<br>Boca Raton, FL 33487-2853 |
| McCarthy Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Rd<br>Cleveland, OH  44146-1807 | Richard Meyers<br>218 Christian St<br>Nanticoke, PA 18634-2510 | Meyers Richard<br>218 Christian St<br>Nanticoke, PA  18634-2510 |
| PNC Bank Mortgages Services<br>PO Box 8703<br>Dayton, OH  45401-8703 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LL(<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Synchrony Bank<br>Bankruptcy Department<br>PO Box 965060<br>Orlando, FL  32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Sams Club<br>PO Box 965005<br>Orlando, FL  32896-5005 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon Wireless<br>PO Box 650051<br>Dallas, TX  75265-0051 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998-2234 | Chase Freedom<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3026 |
| (d)Citizens Bank N.A.<br>One Citizens Bank Way<br>JCA115<br>Johnston, RI 02919 | (d)Citizens Bank N.A.<br>One Citizens Bank Way<br>Mailstop: JCA115<br>Johnston, RI 02919 | (d)Citizens Bank, N.A.<br>One Citizens Bank Way Mailstop<br>Johnston, RI 02919 |
| Discover<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | PNC Bank NA<br>PO Box 3429<br>Pittsburgh, PA 15230-3429 | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 |
| (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates,<br>POB 12914<br>Norfolk, VA 23541 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26