United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02707-MJC
Richard Meyers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jun 08, 2022     Form ID: ordsmiss     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Richard Meyers, 218 Christian St, Nanticoke, PA 18634-2510 |
| 5358340 | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5358339 | Meyers Richard, 218 Christian St, Nanticoke, PA 18634-2510 |
| 5358348 | PNC Bank Mortgages Services, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 08 2022 18:47:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 08 2022 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5358341 | | EDI: BANKAMER.COM | Jun 08 2022 22:53:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 5358713 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 08 2022 18:47:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5358344 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 08 2022 18:47:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5358342 | | EDI: CAPITALONE.COM | Jun 08 2022 22:53:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5358345 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 08 2022 18:47:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 5358346 | | EDI: DISCOVER.COM | Jun 08 2022 22:53:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5360138 | + | EDI: DISCOVER.COM | Jun 08 2022 22:53:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5358343 | | EDI: JPMORGANCHASE | Jun 08 2022 22:53:00 | Chase Freedom, PO Box 15298, Wilmington, DE 19850-5298 |
| 5363057 | + | Email/Text: RASEBN@raslg.com | Jun 08 2022 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5358347 | | Email/Text: bknotices@mbandw.com | Jun 08 2022 18:47:00 | McCarthy Burgess & Wolff, The MB&W Building, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 5358349 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 18:47:00 | PNC Bank NA, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 5366077 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 18:47:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 44101 |
| 5372551 | | EDI: PRA.COM | Jun 08 2022 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5358509 | + | EDI: RMSC.COM | Jun 08 2022 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5358350 | | EDI: RMSC.COM | Jun 08 2022 22:53:00 | Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5358351 | | EDI: RMSC.COM | Jun 08 2022 22:53:00 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5372574 | | EDI: AIS.COM | Jun 08 2022 22:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5358352 | | EDI: VERIZONCOMB.COM | Jun 08 2022 22:53:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5362315 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5373964 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lisa M. Doran | on behalf of Debtor 1 Richard Meyers ldoran@dorananddoran.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Richard Meyers, <br> aka Richard I. Meyers Jr., | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−02707−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 8, 2022

ordsmiss (05/18)